No. 91–5759. MATTIZA v. TEXAS. Ct. App. Tex., 14th Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 25, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 91–5788. IN RE JOHNSON. App. Ct. Mass. Petition for writ of common-law certiorari denied.

No. 91–6044. IN RE REESE; and
No. 91–6046. IN RE BROWN-EL. Petitions for writs of habeas corpus denied.

No. 91–6029. IN RE DEMPSEY. Petition for writ of mandamus denied.

No. 91–5556. IN RE ANDERSON. Petition for writ of mandamus denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 90–1846. DENTON, DIRECTOR OF CORRECTIONS OF CALIFORNIA, ET AL. v. HERNANDEZ. C. A. 9th Cir. Certiorari granted.

No. 91–372. GEORGIA v. MCCOLLUM ET AL. Sup. Ct. Ga. Certiorari granted.

No. 90–1412. ALABAMA HIGHWAY DEPARTMENT v. BOONE, ADMINISTRATRIX OF THE ESTATE OF BOONE, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 90–1881. FRANKLIN FEDERAL SAVINGS BANK ET AL. v. DIRECTOR, OFFICE OF THRIFT SUPERVISION, ET AL. C. A. 6th Cir. Certiorari denied.